**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Norfolk Division)**

**NICHOLAS KONTODIAKOS,**

**Plaintiff,**

**v.** **Civil Action No. 2:25-cv-00702-AWA-DEM**

**EQUIFAX INFORMATION SERVICES, LLC,**

**Defendant.**

# NOTICE OF SETTLEMENT

Plaintiff, **NICHOLAS KONTODIAKOS** ("Mr. Kontodiakos"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. Kontodiakos and EQUIFAX INFORMATION SERVICES, LLC**.** Mr. Kontodiakos and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Kontodiakos and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissals with the Court.

Dated: April 1, 2026

Respectfully submitted,

**NICHOLAS KONTODIAKOS,**

/s/ *Mark C. Leffler*
Mark C. Leffler, VSB # 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: mark@clalegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Mark C. Leffler*

Mark C. Leffler, VSB # 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: mark@clalegal.com